IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JACKIE E. GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 06-222-AS |
| v. | ) |
| | ) O R D E R |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Rory Joseph Linerud
P. O. Box 1105
Salem, Oregon 97308-1105

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

Page 1 - ORDER

      Michael McGaughran
      Franco L. Becia
      Social Security Administration
      701 Fifth Avenue
      Suite 2900 M/S 901
      Seattle, Washington  98104-7075

          Attorneys for Defendant

KING, Judge:

      The Honorable Donald Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on December 11, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      Accordingly, I ADOPT Magistrate Judge Ashmanskas' Findings and Recommendation (#12).

      IT IS HEREBY ORDERED that the decision of the Commissioner is Affirmed.

      DATED this  4th  day of January, 2007.

                             /s/ Garr M. King
                                GARR M. KING
                           United States District Judge